AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*August 02, 2024*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Derrick Alexander Barnum | ) | Case No. 4:24-mj-348 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 15-17, 2024__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2)(B) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Thelma Donchig, Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: 08/02/2024

*Judge's signature*

City and state: Houston, Texas

Richard W. Bennett, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**IN THE MATTER OF:**     §
Derrick Alexander Barnum   §     Case No. **4:24-mj-348**
                          §

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Thelma Donchig, being duly sworn, deposes and states:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since March of 2019. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the Child Exploitation and Human Trafficking Task Force and investigate crimes involving the federal violations concerning child pornography, sexual exploitation of children, kidnapping, and human trafficking. Prior to this assignment, I was assigned to the FBI Houston Field Office Counterintelligence Branch where I investigated Economic Espionage. I have participated in cases involving child pornography and the sexual exploitation of children.

2. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2256.

3. This Affidavit is made in support of a criminal complaint charging Derrick Alexander Barnum with violating Title 18, United States Code, Section 2252A(a)(2)(B)- distribution of child pornography. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish

probable cause that evidence of a violation of Title 18, United States Code, Section 2252A(a)(2)(B) – distribution of child pornography, has been committed by Derrick Barnum on or around July 15-17, 2024. The alleged violation(s) are believed to have occurred in Houston, Texas, which is within the Southern District of Texas. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5. FBI Online Covert Employee (OCE) 10655 operates in an undercover capacity on an end-to-end encrypted application hereinafter referred to as Application A[1]. Application A is a sophisticated mobile application that requires little information on sign-up. The underlying company that runs Application A stores very little data regarding each individual user. This is a predominant reason why end-to-end encrypted applications are chosen. As a result, the individuals who use these applications for child sexual abuse material (CSAM) trading are going to great lengths to avoid detection from law enforcement. In that regard, these CSAM traders could be considered sophisticated.

6. FBI OCE 10655 has been operating daily on Application A where CSAM images and videos are being traded across the world. On Application A, the OCE was operating in groups with titles such as: "Boys Only 0+", "Fucking kids", "baby rape b&G 0+", "Biggest CP community", "Voyeurism", and dozens of other rooms. The OCE began prioritizing targets based on how much a user shared, their stated access to kids, the content they were sharing, and other factors. The OCE works with several other OCEs on Application A to deconflict and prioritize possible producers of CSAM.

7. On or around July 15, 2024, OCE 10655 was operating in an undercover capacity on Application A within a CSAM trading room. On that date, OCE 10655 observed Application A user, charliepapa22, Application A ID: VR7P35JV9, distributed one video along with a message, "Real dad here this is me and my daughter". The video is approximately 20 seconds in length a depicts an adult male rubbing his penis on an approximately 4-year-old female's vagina until ejaculation. On the same date, OCE 1065

---

[1] The name of Application A and the alias used by the SUBJECT on Application A are known to law enforcement but anonymized in this affidavit to protect operational security. FBI's investigation of others who engage in the sexual exploitation of children remains ongoing and the disclosure of the SUBJECT's account alias may alert other users who have communicated with or about the SUBJECT, potentially provoking these users to notify others of law enforcement action, flee, and/or destroy evidence.

engaged in a direct messaging conversation with charliepapa22. Charliepapa22 confirmed that he was the adult male depicted in the video and that the female was his daughter.

8. The direct messaging conversation continued on or around July 16, 2024. Charliepapa22 stated that his daughter was 4-years-old and that charliepapa22 was a 27-year-old male who resides in Texas. Charliepapa22 went on to state that his daughter made a possible disclosure of sexual abuse to charliepapa22's sister in charliepapa22's presence, but that his sister "didn't think much of it". Charliepapa22 further stated that he has been sexually abusing his daughter since she was 4 months old and currently shares custody of her. Charliepapa22 also noted that he is "on the spectrum" with reference to autism.

9. On July 17, 2024, in an effort to ascertain charliepapa22's identity, OCE 10655 sent charliepapa22 a URL, which had a publicly available IP address grabber embedded in the URL. OCE 10655 sent the URL at approximately 9:25pm Eastern time, to which charliepapa22 indicated that he clicked on the link. OCE 10655 was able to observe one AT&T Wireless IP address (107.116.165.133) and a one iCloud Private Relay (146.75.164.249) registered on the IP address grabber.

10. The iCloud Private Relay IP address geolocated to Houston, TX. In OCE 10655's training and experience, neither IP address could be used to identify an underlying subscriber. The person who clicked on the URL possessed an iPhone based on the advance log information provided by the IP grabber. OCE 10655 performed other deconfliction checks on the charliepapa22 username without success.

11. On July 17, 2024, on Application A in the same CSAM trading room, OCE 10655 observed charliepapa22 distribute a second video along with a message, "4yo daughter & me…Anyone else actively do it?". The video is approximately 16 seconds in length and depicts what appears to be the same adult male and same 4-year-old female child. The child is sleeping nude from the waist down and the adult male in the video rubs his erect penis against the child's nude butt and also moves the camera to record the lewd and lascivious display of the child's vagina.

12. On July 18, 2024, in order to identify Application A user charliepapa22, FBI Albany, NY sent a Letterhead Memorandum (LHM) to Application A located in a foreign country for information associated with the "charliepapa22" account. As expected, Application A does not have a lot of data associated with the charliepapa22, but it does maintain push

tokens for its users. Push tokens are a unique anonymous identifier generated by a user's device (Apple (iOS) or Google (Android)) and sent to Application A to identify where to send each recipient's notification. If a device doesn't have a push token, there is no way to send a push notification to it. Push tokens are generated by push service providers. Users can choose not to have this feature turned on and therefore, there would be no push token associated with the account.

13. On July 31, 2024, in response to the LHM, Application A provided push token information for user charliepapa22. The information provided:

   D: VR7P35JV9

   ios

   CallPushToken: 86cb6564073ed17eb2f2a55c8561d531956c991a0b727dca52bbe2974e6f62cb

   Push Token: 86fcf72d671969f752aea20face3f7ef912be51b5f96dd139b7c8459a09ecb63

   Last entry : 24.07.2024 13:43:16

14. On July 31, 2024, FBI Albany sent an exigent request to Apple based on the above information for the push token provided by Application A. On the same date, Apple honored the exigent request and provided subscriber information for the underlying user associated with the push token. The Apple subscriber information provided:

   DERRICK BARNUM

   218 Sycamore Street

   Metairie , Louisiana 70005

   Apple ID: derrickabarnum@icloud.com

15. Open-source database checks revealed the following updated information for DERRICK BARNUM (herein referred to as SUBJECT):

   DERRICK ALEXANDER BARNUM

Address: 9323 Deer Crossing Dr Jonesboro, GA, 30236-5195

DOB: 9/2/1999

16. The information was shared with the FBI Atlanta, GA Division for possible location of SUBJECT. FBI Atlanta obtained exigent mobile locator results from AT&T of phone number 470-696-6499, which Apple reported as belonging to SUBJECT. Note that the AT&T service corroborates with the AT&T wireless IP captured as noted previously. The mobile locator results from AT&T showed that phone number 470-696-6499 was currently located in Houston, TX.

17. The FBI Atlanta Division also submitted an exigent request to Apple for the aforementioned push token. In response, Apple provided more detailed subscriber records for the push tokens than those that were received by FBI Albany.

18. The Apple subscriber results still showed the subscriber as SUBJECT. There were also several IP addresses contained in the new Apple subscriber records. The FBI Albany Division selected two IP addresses resolving to Comcast Communications. Both IP addresses were captured by Apple on July 31, 2024, to represent a current location of SUBJECT.

19. FBI Albany requested subscriber information from Comcast on an exigent basis from Comcast for IP addresses 76.30.218.126 on 2024-07-31 08:52:27.561 PDT and 2601:2c1:c47e:4e00:504d:473b:b062:959a on Wed Jul 31 14:45:42.694 PDT 2024. Comcast provided the subscriber as:

Lisa Barnum

234 North Sampson Street

Houston, TX 77003

20. Per review of social media profiles and other open-source checks, it appears that SUBJECT and HAILEY DUFFY (herein referred to as DUFFY) have a minor relative. SUBJECT's Facebook page (derrick.barnum.7) shows an infant girl and is dated December 8, 2020, consistent with a current age of a 4-year-old minor relative.

21. On or about August 1, 2024, FBI Jacksonville Pensacola Resident Agency interviewed DUFFY and provided sanitized photographs taken from the videos mentioned above.

    DUFFY believes the child in the sanitized photographs were of a 4-year-old-minor relative. DUFFY specifically identified the black tank top seen on the child in the sanitized photographs as matching a black tank DUFFY saw on her minor relative during Facetime calls. DUFFY confirmed the phone number used to communicate with SUBJECT is phone number 470-696-6499.

22. On August 1, 2024, FBI Special Agents and Task Force Officers executed a residential search warrant at 234 N. Sampson Street, Houston, Texas 77003. During execution of the search warrant agents were able to conduct a post- Miranda interview with SUBJECT. During the interview, SUBJECT provided the following information.

23. SUBJECT's date of birth is 09/02/1999, his telephone number is 470-696-6499, and his email is derrickabarnum@icloud.com. SUBJECT has a sister, Lesa, who lives in Louisiana and is currently there now. SUBJECT stays at Lesa's boyfriend's house in Houston, TX. Lesa's boyfriend's name is "Greg," and he owns the residence at 234 N. Sampson Street, Houston, TX 77003.

24. SUBJECT has an ex-wife named Hailey and they have a four-year-old minor relative together. SUBJECT and Hailey take turns watching the minor relative. Hailey lives in Florida; therefore, they usually drive and meet halfway.

25. SUBJECT was expected to leave Houston, TX on August 2, 2024, to drive and meet Hailey halfway to pick up the minor relative.

26. SUBJECT usually takes the minor relative to Louisiana and stays there with her. SUBJECT usually stays with Lesa at her house in Louisiana.

27. When SUBJECT does not have the minor relative, he stays at 234 N. Sampson Street, Houston, TX 77003 by himself. SUBJECT remembers being at this residence the week of July 15th because he did not have his daughter that week. SUBJECT remembers he had the minor relative in Louisiana the week before. Affiant notes that the week of July 15th includes the dates referenced in Paragraphs 7-11 above, in which user charliepapa22 distributed the previously described media involving a 4-year-old child to OCE 10655.

Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Derrick Alexander Barnum with a violation of Title 18, United States Code, Section 2252A(a)(2)(B).

_____
Thelma Donchig
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on this 2nd day of August 2024, and I find probable cause.

_____
The Honorable Richard W. Bennett
UNITED STATES MAGISTRATE JUDGE