JUDGE EWING WERLEIN, JR.
Case Manager   Marilyn Flores          Court Reporter Heather Alcaraz
USPO  Dominique Sanders                Interpreter No
Time:  10:35 a.m. to 11:05 a.m.        DATE July 18, 2025

---

# CR. No. H-24-444

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Anthony Franklyn, AUSA |
| vs. | § § § | |
| DERRICK ALEXANDER BARNUM | § | Alain Jayoma, Retained |

---

## SENTENCING

__X__   Sentencing held on **Ct(s) 1s, 2s, and 4s** pursuant to a **Guilty Plea** on 4/11/2025

__X__   **SENTENCE:** Ct(s) **1s, 2s, and 4s**   BOP Custody for a total of **720 months**
(240 months as to Count 1s, 360 months as to Count 2s, and 120 months as to Count 4s to run consecutively, for a total of 720 months)

**Supervised Release Term** for **LIFE** (as to each of Cts 1s, 2s, and 4s to run concurrently for a total term of life SRT)

**Justice for Victims of Trafficking Act of 2015 (JVTA) Fine : $15,000**
($5,000 as to each of Cts 1s, 2s, and 4s for a total of $15,000)

**Amy, Vicki, Andy Act of 2018 (AVAA) Fine: $20,000**
($20,000 as to each of Cts 1s and 2s and $17,000 as to Ct 4s concurrently for a total of $20,000)

**Restitution: TBD at a separate hearing upon request from the Government within 90 days**

**$100 Special Assessment** on Ct(s) **1s, 2s, and 4s** for a total of **$ 300.00** due immediately.
Payments are to be made to the U.S.D.C. in installments of $25.00 per quarter or ½ of prison earnings, whichever is greater, while incarcerated, and in the amount of $ 100.00 per month, after release, to begin within  60  days of judgment or release from incarceration.

**While on supervised release, you shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court (under General Order No. 2017-01), abide by any mandatory condition(s) required by law, and shall comply with the additional condition as noted in the Appendix of the Presentence Investigation Report provided to counsel.**

__X__    TIME TO SERVE    __X__    WRITTEN NOTICE REGARDING APPEAL RIGHTS

        Total Offense Level: __43__        Crim. History Cat.: __I__

        Custody Range: __720 months__        Fine Range: __$50,000 - $500,000__

__X__    Government's Motion to Dismiss Ct 3s GRANTED; Order to be submitted;

__X__    Government's Motion for Preliminary Order of Forfeiture GRANTED; Order signed;

__X__    Victim Impact Statement read on the record by Hailey Duffy;

__X__    Terminate other settings and motions for this defendant;

__X__    Dft **REMANDED** to custody.